

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00453-CV

| | | |
|---|---|---|
| Jerry Loftin | § | From the 231st District Court |
| v. | § | of Tarrant County (231-336866-02) |
| David Harvey, Janet Harvey, | § | August 28, 2014 |
| Kenneth Harvey, Janice Schattman, | | |
| and Lynne Millford | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM